**Order entered July 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01523-CV

### BBP SUB I LP, Appellant

### V.

### JOHN DI TUCCI, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13991-A**

## ORDER

The reporter's record in this case is overdue. By letter dated March 1, 2013, appellant notified the Court that the record had been prepared and paid for. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** Court Reporter Diane Robert to file the reporter's record within **TEN DAYS** of the date of this order.

/s/    DAVID LEWIS
JUSTICE